UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATHHEW STAINER et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2173 JAM KJN P (TEMP)<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On November 12, 2015, the court ordered plaintiff to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice within thirty days. On January 7, 2016, the court granted plaintiff an additional thirty days to comply with the court's order. That thirty-day period has now passed, and plaintiff has not filed a complaint or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2 (9th Cir. 1991).

3 Dated:  February 19, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

diaz2173.ftc