UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW STAINER,<br><br>　　　　Defendant. | No. 2:15-cv-2173 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed September 1, 2016 (ECF No. 23), are adopted in full; and

2. Plaintiff's motion for contempt of court (ECF No. 22), construed as a motion for injunctive relief, is denied.

DATED: October 27, 2016

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

Diaz2173.800

2